(No. 6456)

JACK H. QUERCIAGROSSA, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed July 27, 1972.*

JACK H. QUERCIAGROSSA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.